DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAMON WILLIAMS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RACHELLE SEELIG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. 2:12-mj-262 |
| )  | |
| Plaintiff,      ) | |
| ) | STIPULATION AND ORDER |
| v.                            ) | FOR CONTINUANCE OF BENCH TRIAL |
| ) | |
| RACHELLE SEELIG,                   ) | |
| ) | Date:  December 6, 2012 |
| Defendant.     ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Carolyn K. Delaney |
| _____ ) | |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Ashwin Janakiram, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for RACHELLE SEELIG, that the Court continue the November 19, 2012 Bench Trial and set the new date for the Bench Trial to December 6, 2012 at 9:30 a.m.

1  Dated: November 14, 2012
2                                          Respectfully submitted,
3                                          DANIEL J. BRODERICK
                                            Federal Defender
4                                          /s/ Linda C. Harter
                                           LINDA C. HARTER
5                                          Chief Assistant Federal Defender
                                           Attorney for Defendant
6                                          RACHELLE SEELIG

7  Dated: November 14, 2012                BENJAMIN B. WAGNER
8                                          United States Attorney

9

10                                         /s/Ashwin Janakiram
                                           ASHWIN JANAKIRAM
11                                         Assistant United States Attorney

12                                      **ORDER**

13 IT IS SO ORDERED.
14
15
16 Dated: November 15 , 2012               /s/ Carolyn K. Delaney
                                           Carolyn K. Delaney
                                           United States Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                   -2-