1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
DAMON WILLIAMS
4 | Certified Student Attorney
801 I Street, 3rd Floor
5 | Sacramento, California 95814
Telephone: (916) 498-5700
6 |

7 | Attorney for Defendant
RACHELLE SEELIG
8 |

9 |                    IN THE UNITED STATES DISTRICT COURT

10 |                FOR THE EASTERN DISTRICT OF CALIFORNIA

11 |

12 | UNITED STATES OF AMERICA,       )  2:12-MJ-00262 CKD
                                   )
13 |               Plaintiff,       )
                                   )       STIPULATION AND ORDER
14 |      v.                        )  TO VACATE BENCH TRIAL AND SET FOR
                                   )          CHANGE OF PLEA
15 | RACHELLE SEELIG,               )
                                   )
16 |               Defendant.       )  Date:  January 3, 2013
                                   )  Time:  9:30 a.m.
17 | _____ )  Judge: Hon. Carolyn K. Delaney

18 |

19 |

20 |      IT IS HEREBY STIPULATED between the parties through their

21 | respective counsel, Ashwin Janakiram, Assistant United States Attorney,

22 | and Linda C. Harter, Chief Assistant Federal Defender, attorney for

23 | RACHELLE SEELIG, that the Court vacate the December 6, 2012 Bench Trial

24 | and set this case for Change of Plea on January 3, 2013 at 9:30 a.m.

25 | ////

26 | ////

27 | ////

28 |

1

2   Dated: November 30, 2012
                                        Respectfully submitted,
3
                                        DANIEL J. BRODERICK
4                                       Federal Defender

5                                       /s/ Linda C. Harter
                                        LINDA C. HARTER
6                                       Chief Assistant Federal Defender
                                        Attorney for Defendant
7                                       RACHELLE SEELIG

8
    Dated: November 30, 2012            BENJAMIN B. WAGNER
9                                       United States Attorney

10

11                                      /s/Ashwin Janakiram
                                        ASHWIN JANAKIRAM
12                                      Assistant United States Attorney

13
                               **ORDER**
14
    IT IS SO ORDERED.
15

16
    Dated: November 30, 2012            /s/ Carolyn K. Delaney
17                                      Carolyn K. Delaney
                                        United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

    Stipulation and Order              -2-