```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAMON WILLIAMS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    RACHELLE SEELIG
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-MJ-00262 CKD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO VACATE CHANGE OF PLEA AND SET |
| ) | FOR BENCH TRIAL |
| RACHELLE SEELIG, ) | |
| Defendant. ) | Date: January 3, 2013 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Carolyn K. Delaney |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Ashwin Janakiram, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for RACHELLE SEELIG, that the Court vacate the January 3, 2013 Change of Plea and set this case for Bench Trial on January 24, 2013 at 9:30 a.m.

////
////
////
////

```
Dated: December 18, 2012
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        RACHELLE SEELIG


Dated: December 18, 2012                BENJAMIN B. WAGNER
                                        United States Attorney



                                        /s/Ashwin Janakiram
                                        ASHWIN JANAKIRAM
                                        Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

```
Dated: December 18, 2012                   /s/ Carolyn K. Delaney
                                        Carolyn K. Delaney
                                        United States Magistrate Judge
```

Stipulation and Order                  -2-