JOSEPH SCHLESINGER, #87692
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAMON WILLIAMS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RACHELLE SEELIG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:12-MJ-00262 CKD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
| | ) BENCH TRIAL |
| RACHELLE SEELIG, | ) |
| Defendant. | ) Date: January 24, 2013 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Ashwin Janakiram, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for RACHELLE SEELIG, that the Court continue the January 24, 2013 Bench Trial and set this case for Bench Trial on February 21, 2013 at 9:30 a.m.

   Ms. Seelig is charged in this case with two counts, both are Class B misdemeanors. The Speedy Trial Act, 18 U.S.C. §3162 et. seq. does not apply to this case. See 18 U.S.C. §3172(2). The current trial date was set by stipulation between the parties.

The ends of justice are best served by allowing a continuance in this matter. Ms. Seelig is attempting to resolve multiple legal issues in multiple courts in California and does not intend to fail to appear in any court.  She is unable to obtain a continuance on the state court matter.  A denial of the continuance in this matter would require her to choose between failing to appear here or in state court.

Dated: January 8, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
RACHELLE SEELIG

Dated: January 8, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/Ashwin Janakiram
ASHWIN JANAKIRAM
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 8, 2013

/s/ Carolyn K. Delaney
Carolyn K. Delaney
United States Magistrate Judge

Stipulation and Proposed Order    -2-