HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
MICHELLE NAM
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
RACHELLE SEELIG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-MJ-262-CKD |
| Plaintiff, | STIPULTION AND ORDER TO VACATE BENCH TRIAL AND SET A CHANGE OF PLEA HEARING |
| vs. | |
| RACHELLE SEELIG, | Date: October 7, 2013<br>Time: 9:30 AM |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Michael Stanley, Special Assistant United States Attorney, Ashwin Janakiram, Special United States Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for RACHELLE SEELIG, that the court vacate the October 7, 2013 Bench Trial and set a date for a Change of Plea hearing on October 10, 2013 at 9:30 a.m.

/ / /

Dated: October 3, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


*/s/ LINDA C. HARTER*
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
RACHELLE SEELIG

*/s/ MICHELLE NAM*
Michelle Nam
Certified Student Attorney

Dated: October 3, 2013

BENJAMIN B. WAGNER
United States Attorney


*/s/ Michael Stanley*
MICHAEL STANLEY
Special Assistant United States Attorney

*/s/ Ashwin Janakiram*
Ashwin Janakiram
Special Assistant United States Attorney


**ORDER**


IT IS SO ORDERED.

Dated: October 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE